IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

MUHAMMAD HASHIM, A215-552-380                           PETITIONER

VS.                              CIVIL ACTION NO. 5:19-cv-77-DCB-MTP

WARDEN GILLIS                                           RESPONDENT

### MEMORANDUM OPINION AND ORDER

This cause is before the Court on the Petitioner Muhammad Hashim's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (docket entry 1).

Also before the Court is Respondent Warden Gillis' Motion to Dismiss for Mootness (docket entry 8). Warden Gillis shows that Petitioner Muhammad Hashim is no longer in the custody of the Warden; thus, this case should be dismissed as moot.

United States Magistrate Judge Michael T. Parker has entered a Report and Recommendation (docket entry 9), showing that Muhammad Hashim was deported from the United States to Pakistan on September 23, 2019.

Because the only relief the Petitioner seeks is his release from immigration custody, his Petition (docket entry 1) became moot upon his deportation from the United States, which terminated his immigration detention. Petitioner's Petition no longer

1

presents a live case or controversy for purposes of satisfying Article III, Section 2 of the United States Constitution.

Accordingly,

The Court adopts the Report and Recommendation of Magistrate Judge Parker (docket entry 9) and finds that the Petitioner Muhammad Hashim's Petition for Writ of Habeas Corpus is DENIED AS MOOT.

In addition, a Final Judgment shall be entered on grounds that the Petitioner is not entitled to a Writ of Habeas Corpus.

SO ORDERED, this the 15th day of May, 2020.


_/s/ David Bramlette_____

UNITED STATES DISTRICT JUDGE